IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 10 CR 737-2 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| VENUS JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Motion hearing held on 1/17/2018. Defendant's motion to terminate supervised release [251] is granted. Defendant's motion to terminate supervised release [250] is moot. Defendant's term of supervised release is hereby terminated.

(T0:09)

Date: January 17, 2018

_____
U.S. District Judge Joan H. Lefkow